UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| KENNETH HAWKINS, | ) | CASE NO. 08-92119-BHL-13 |
| ANNA M. HAWKINS | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ENTRY MODIFYING STAY**

Creditor, U.S. Bank, NA, its Successor and/or Assigns, (hereinafter referred to as "U.S. Bank"), by counsel, and Debtor(s), Kenneth Hawkins and Anna M. Hawkins, by counsel, agree and stipulate as follows:

1. The 11 U.S.C. §362(a) stay as to U.S. Bank, in accordance with the agreement, is hereby modified and shall remain in effect and the real estate shall not be abandoned provided debtor complies with the following conditions:

    (a) Debtor(s) shall cure the post-petition arrearage currently due U.S. Bank in the amount of $3,966.94, which consists of:

    | | |
    |---|---|
    | Payments from 7/1/09 to 8/1/09 @ $709.58 ea | $1,419.16 |
    | Payments from 9/1/09 to 11/1/09 @ $690.97 ea | $2,072.91 |
    | Late Charges | $53.26 |
    | Less Credits / Suspense | ($128.39) |
    | Attorney fees | $400.00 |
    | Attorney Expenses | $150.00 |

    (b) Debtor(s) shall immediately tender $2,066.14 .

    (c) Thereafter, the remaining balance of $1,900.80 shall be cured as follows:

    The sum of $1,900.80 shall be rolled into the plan and paid via the Chapter 13 Trustee conduit . Creditor shall be allowed a supplemental proof of claim for this amount. Debtor(s) shall make any modifications necessary to the Chapter 13 Plan to adequately fund for

Hawkins - File No. 014430B01

the supplemental claim.

(e)     Debtor(s) understand that this is in addition to the regular monthly installment payment currently in the sum of $690.97.

(f)     Trustee shall resume making all future regular monthly installment payments as they become due commencing with the December 1, 2009 payment, each payment to be timely made in accordance with the terms of the loan documents between Debtor(s) and U.S. Bank.

2.     Debtor(s) shall remain current on those payments arising under the terms of their confirmed Plan.

3.     Debtor(s) tendering of a check to Trustee which is subsequently returned due to an insufficiency of funds in the account upon which the check is drawn shall not constitute a payment to the terms above.

4.     In the event that Debtor(s) fail to comply with any of the conditions set forth above in this Entry U.S. Bank shall file an Affidavit of Default, at which time a telephonic hearing will automatically be set in regard to the matter.

AGREED AND STIPULATED TO THIS 30th DAY OF November, 2009.

/s/ TIMOTHY L. BLACK
TIMOTHY L. BLACK, Attorney for
U.S. Bank, NA, its Successor and/or Assigns
Attorney No. 2760-45
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727
Fax: (317) 237-2717
Email: tblack@feiwellhannoy.com

Hawkins - File No. 014430B01

AGREED AND STIPULATED TO THIS 30TH DAY OF November, 2009.

                                                  /s/ RICHARD A. SCHWARTZ
                                                  Richard A Schwartz, Attorney for Debtor

Richard A Schwartz
3339 Taylorsville Road
Louisville, KY 40205


AGREED AND STIPULATED TO THIS 30th DAY OF November , 2009.

                                                  /s/ JOSEPH M. BLACK
                                                  Joseph M. Black Jr., Trustee

Joseph M. Black Jr.
Trustee
P.O. Box 846
Seymour, IN 47274




Richard A Schwartz
Attorney at Law
3339 Taylorsville Road
Louisville, KY 40205

Joseph M. Black Jr.
Trustee
P.O. Box 846
Seymour, IN 47274

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

Hawkins - File No. 014430B01